| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE ARREOLA-ZUNIGA, | ) | |
| Plaintiff, | ) | No. C 08-4566 CRB |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| DAVID ROARK, Director, USCIS Texas Service Center; GERARD HEINAUER, Director, USCIS Nebraska Service Center; JONATHAN SCHARFEN, Acting Director, USCIS; U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, DHS; DEPARTMENT OF HOMELAND SECURITY; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; MICHAEL B. MUKASEY, U.S. Attorney General | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to dismissal the above-entitled action with prejudice in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved the plaintiff's I-485 application.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-4566 CRB                                        1

| | | |
|---|---|---|
| 1 | Dated: December 10, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: December 10, 2008 | /s/<br>ROBERT B. JOBE |
| 8 | | LAW OFFICE OF ROBERT B. JOBE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

_____
CHARLES R. BREYER
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

STIPULATION TO DISMISS
C 08-4566 CRB                    2